UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,                     FINAL ORDER
                                              OF FORFEITURE

                                              00-CR-1307
          - against -
                                              (Seybert, J.)
ANDREW GRAYNOR
                    Defendant.

- - - - - - - - - - - - - - - - - - X

          WHEREAS, on September 30, 2004, this Court entered a

Preliminary Order of Forfeiture (the "Preliminary Order")

pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), 28 U.S.C.

§ 2461(c) and 21 U.S.C. § 853(p), and pursuant to the plea

agreement of the Defendant Andrew Graynor (the "Defendant") in

which he agreed to forfeit all of his right, title and interest

to real property and premises located at 20 Lone Hill Place, Dix

Hills, New York (the "Dix Hills Property"); and

          WHEREAS, the Court finds that the defendant had an

interest in the above-described real property and premises (the

"Forfeited Property"), which is subject to forfeiture to the

United States of America pursuant to 18 U.S.C. § 981(a)(1)(C), 28

U.S.C. § 2461(c) and 21 U.S.C. § 853(p); and

          WHEREAS, in accordance with Fed. R. Crim. P.

32.2(b)(3), proceedings to comply with statutes governing third-

party rights, including publishing legal notice of the

Preliminary Order of Forfeiture, are underway and once such

proceedings are completed an affidavit will be filed with the Clerk of the Court.

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that all of the Defendant ANDREW GRAYNOR's right, title and interest in the Forfeited Property shall be forfeited to the United States of America pursuant to 28 U.S.C. § 2461(c), 18 U.S.C. § 981(a)(1)(C) and 21 U.S.C. § 853(p); and

IT IS FURTHER ORDERED, ADJUDGED and DECREED, that pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, this Final Order of Forfeiture shall be made part of the sentence and included in the judgment of conviction of the Defendant; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, that the United States Marshals Service and all of its duly authorized agents and/or contractors are hereby authorized and directed to dispose of the Forfeited Property in accordance with all laws and regulations; and

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the United States District Court for the Eastern District of New York shall retain jurisdiction in the case for the purpose of enforcing the Preliminary Order of Forfeiture and this Final Order of Forfeiture and entering any Supplemental Final Orders of Forfeiture that may be required; and

3

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Clerk of the Court is directed to send, by inter-office mail, five certified copies of this executed Final Order of Forfeiture to Assistant United States Attorney Richard T. Lunger, United States Attorney's Office, Eastern District of New York, 610 Federal Plaza, 5th Floor, Central Islip, New York 11722-4454.

Dated: Central Islip, New York
      February //, 2005


                         HONORABLE JOANNA SEYBERT
                         UNITED STATES DISTRICT JUDGE